```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC. ) | NO.  C 05 4810 JSW |
| ) Plaintiffs, ) | ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. ) | |
| MAGNUM PACIFIC, INC., etc. ) | |
| Defendant. ) | |
| _____ ) | |

IT IS ORDERED that the Case Management Conference in this case set for February 24, 2006 be continued to May 26, 2006 at 1:30 p.m. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: February 22, 2006                    _____
                                             Honorable Jeffrey S. White

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE