```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC. )<br>)<br>               Plaintiffs, )<br>)<br>                    vs.    )<br>)<br>MAGNUM PACIFIC, INC., a California )<br>corporation                         )<br>               Defendant.    )<br>_____) | NO.  C 05 4810 JSW<br><br>ORDER TO CONTINUE CASE<br>MANAGEMENT CONFERENCE |

      IT IS ORDERED that the Case Management Conference in this case originally set for May 26, 2006 be continued to July 21, 2006, to provide time to prepare and file motion for default judgment by plaintiff.

Dated: May 22, 2006

                                    Honorable Jeffrey S. White

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE